# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | |
|---|---|
| Soo Line Railroad Company, a Minnesota corporation doing business as Canadian Pacific, | )<br>)<br>)<br>) |
| Plaintiff, | ) **ORDER** |
| vs. | )<br>)<br>) |
| Eagle Operating, Inc., a North Dakota corporation, Williston Hunter, ND, LLC, a Delaware Limited liability company, and the United States, | )<br>)<br>)<br>) |
| | ) Case No.: 4:12-cv-082 |
| Defendants. | ) |

Plaintiff initiated the above-captioned quiet title action against defendants on June 25, 2012. On March 6, 2013, plaintiff and defendants Williston Hunter, ND, LLC, and the United States filed a Stipulation of Dismissal. On March 8, 2013, the court adopted the stipulation and ordered that plaintiff's case as to Williston Hunter, ND, LLC, and the United States, be dismissed with prejudice and without costs or disbursements to any party.

On June 28, 2013, at 10:00 a.m. the court shall conduct a telephone conference with plaintiff and the sole remaining defendant, Eagle Operating, Inc., to discuss the status of this case and, if necessary, work with the parties to craft a scheduling and discovery plan. The court shall initiate the conference call. A sample Scheduling/Discovery Plan is available for the parties' review on the court's website (http://www.ndd.uscourts.gov/forms).

**IT IS SO ORDERED.**

Dated this 5th day of June 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court