# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Soo Line Railroad Company, a Minnesota corporation doing business as Canadian Pacific, | ) ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) ) | |
| Eagle Operating, Inc., a North Dakota corporation, Williston Hunter, ND, LLC, a Delaware Limited liability company, and the United States, | ) ) ) ) ) | |
| | ) | Case No.: 4:12-cv-082 |
| Defendants. | ) | |

The court held a conference with the remaining parties in the above-captioned action on June 28, 2013. Pursuant to its discussion with the parties, the court authorizes the parties to immediately commence fact discovery. The court shall conduct a telephonic status conference with the parties on August 28, 2013, at 10:00 a.m. The court shall initiate the conference call.

**IT IS SO ORDERED.**

Dated this 28th day of June, 2013.

/s/ *Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court